[PUBLISH]

# IN THE UNITED STATES COURT OF APPEALS

# FOR THE ELEVENTH CIRCUIT

_____

No. 17-10473

_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

TERIN MOSS,

Defendant - Appellant.

_____

On Appeal from the United States District Court for
the Southern District of Georgia

_____

BEFORE: WILLIAM PRYOR, Chief Judge, WILSON, MARTIN, JORDAN, ROSENBAUM, JILL PRYOR, NEWSOM, BRANCH, GRANT, LUCK, LAGOA, BRASHER and ANDERSON, Circuit Judges.

BY THE COURT:

As the issues for which this Court granted rehearing *en banc* in this appeal

have been resolved by the Supreme Court's opinion in *Borden v. United States*, 593

U.S. ___, 141 S.Ct. 1817, (2021), we hereby VACATE this Court's July 15, 2019, Order granting rehearing *en banc*, and REINSTATE the panel's opinion previously issued on April 4, 2019.

To the extent this Order may reinstate Appellee's petition for panel rehearing, that petition is referred to the panel for resolution.